UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESQ. STEVEN J RIZZI, et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>NETFLIX INC.,<br><br>      Defendant. | 24-mc-00106 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a remote hearing in this matter on Thursday, March 21, 2024, at 11:00 AM. The parties should join by calling (646) 453-4442 and entering the Phone Conference ID: **651 999 139**, followed by the pound (#) sign. **Lead counsel in both the Delaware matter and this one must attend.**

  SO ORDERED.

Dated: March 20, 2024
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge