UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESQ. STEVEN J RIZZI, et al.,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>NETFLIX INC.,<br><br>                      Defendant. | 24-mc-00106 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed in the conference held on March 21, 2024, the Court finds that there are exceptional circumstances that warrant transferring the pending motion to quash to the issuing court pursuant to Rule 45(f). The motion to transfer at Dkt. 13 is GRANTED.

    The Clerk of Court is directed to transfer this matter to Judge Jennifer L. Hall in the District of Delaware, to be resolved as part of the ongoing proceedings in *Robocast, Inc. v. Netflix, Inc.*, No. 22-305-JLH (D. Del.).

    SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                                                     ARUN SUBRAMANIAN
                                                           United States District Judge